IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR122 |
| v. | |
| JAMES E. WILLIAMS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant James Williams's ("Williams") *pro se* motion for a sentence reduction (Filing No. 46) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). That statute authorizes Williams to move the Court to "reduce [his] term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where he is incarcerated receives a request to file such a motion on his behalf. *Id.* Williams states his fiancée and the guardian of his son—who has autism—was involved in a car accident on November 9, 2023, and remains in a coma. While the boy's grandmother is taking care of him temporarily, Williams reports she is unable to do so full time, leaving Williams as "the only available caregiver for his son."

The Court finds the dire situation Williams describes warrants further review under § 3582(c)(1)(A)(i). The Court further finds that appointing counsel to represent Williams will aid the Court in determining whether his circumstances actually warrant sentencing relief. Accordingly,

IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent Williams for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce his term of imprisonment.

2. In the event the Federal Public Defender should decline this appointment because of a conflict of interest or on the basis of the Amended Criminal Justice Act Plan, the Federal Public Defender shall provide the Court with a

       draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Amended Criminal Justice Act Plan for this district.

3. If upon review the Federal Public Defender should conclude that Williams's motion is frivolous, the Federal Public Defender may move to withdraw as counsel.

4. The U.S. Probation and Pretrial Services Office is directed to investigate Williams's request for a sentence reduction and promptly file under seal a report on that investigation.

5. The probation office is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the motion. Williams's counsel shall provide the Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

6. The government and Williams's counsel shall each file within ten days of the probation office filing its investigation report a brief addressing Williams's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 27th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge